# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EL REL CHARLES GREGG PROSE IN
VIVUS IN PROPRIA PERSONA SUI
JURIS REAL IN INTEREST,

            Petitioner

          v.

KML LAW GROUP, P.C. AKA
COMMUNIST SUPERIOR COURT OF PA
FIRST JUDICIAL DISTRICT COURT OF
COMMON PLEAS PHILADELPHIA
DEUTSCHE BANK NATIONAL TRUST
COMPANY SHERIFF JEWELL
WILLIAMS CORESTATE ET AL,

            Respondents

: No. 63 EM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.